Jo A. Guida, an Infant, by Shirley A. Guida, Her Mother, et al., Appellants, v. John P. Mack et al., Respondents.— In a negligence action to recover damages for personal injuries, loss of services and medical expenses, plaintiffs appeal from so much of an order of the Supreme Court, Queens County, dated April 30, 1973, as, upon reconsideration, adhered to the original decision denying plaintiffs' application for a general preference. Order reversed insofar as appealed from, with $20 costs and disbursements, and motion for a general preference granted. In our opinion, the cosmetic impact on the infant female plaintiff of the facial scars described by defendants' physician warrants a general preference. Martuscello, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.

Leslie Havas, Respondent, v. Margaret C. Adams, Appellant.— Appeal by defendant, as limited by her briefs, from so much of an order of the Supreme Court, Nassau County, dated June 30, 1972, as, on reargument, adhered to the original determination denying her motion for a change of venue. Order affirmed insofar as appealed from. No opinion. Appeal from an order of the same court, dated June 8, 1973, dismissed as academic. That order was superseded by the order dated June 30, 1972. Respondent is awarded one bill of $20 costs and disbursements, to cover both appeals. Martuscello, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.